UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------X

United States of America

           - against -

John Doe

        23-CR-217 (FB)(TAM)

----------------------------------------------------------X

TARYN A. MERKL, U.S.M.J.:

## CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES MAGISTRATE JUDGE TARYN A. MERKL

      United States Magistrate Judge Taryn A. Merkl has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Taryn A. Merkl. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

      After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Taryn A. Merkl.

                                     s/ John Doe
                                  Defendant

United States Attorney, E.D.N.Y.          Attorney for the Defendant

By:   Breon Peace
       United States Attorney

Dated:  6/2/23

                                                              Taryn A. Merkl   6/2/2023

COURT'S EXHIBIT NO. 2
IDENTIFICATION/EVIDENCE
DKT. # 23-CR-217 (FB)
DATE: 6/2/2023